Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT REGGIO | Case No.: |
| Plaintiff, | **VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC | |
| Defendant. | |

## COMPLAINT

COMES NOW the Plaintiff, ROBERT REGGIO ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, NCO FINANCIAL SYSTEMS, INC, alleges and affirmatively states as follows:

## INTRODUCTION

1.     The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to

- 1 -

promote consistent State action to protect consumers against debt collection abuses.  (15 U.S.C. 1692(a) – (e)).

2.      Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of NCO FINANCIAL SYSTEMS, INC (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3.      For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

4.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" .

5.      Because Defendant maintains and conducts business in the state of California, personal jurisdiction is established.

6.      Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

7.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

8.      Plaintiff is a natural person who resides in the City of Chicago, County of Cook, State of Illinois and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

9.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Sacramento, County of Sacramento, State of California.

- 2 -

VERIFIED COMPLAINT

10.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

11.     Defendant has repeatedly placed collection calls to Plaintiff seeking and demanding payment for an alleged debt not owed by Plaintiff.

12.     During the first conversation Plaintiff had with Defendant, Defendant provided a social security number which linked the amount allegedly owed not to Plaintiff, but to his son.

13.     Defendant used deceptive communication practices when addressing Plaintiff on the telephone as demonstrated by Plaintiff asking to speak to a supervisor and Defendant refusing to provide one.

14.     Defendant used misleading communication practices by continuing attempts to collect a debt larger than that owed by Plaintiff.

15.     On or about June 10, 2008, Plaintiff retained KROHN & MOSS, LTD., to be his legal representation in the present matter.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16.     Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

17.     Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

a).     Defendant violated the FDCPA § 1692d(5) when Defendant, through its agents and employees excessively placed collection calls to Plaintiff.

- 3 -

VERIFIED COMPLAINT

b).    Defendant violated the FDCPA § 1692e(2) when Defendant, through its agents and employees, attempted to collect a debt not owed by Plaintiff.

c).    Defendant violated the FDCPA § 1692e(10) when Defendant, through its agents and employees, used deceptive communication practices when Defendant refused to allow Plaintiff to speak to a supervisor.

d).    Defendant violated the FDCPA § 1692f(1) when Defendant, through its agents and employees, attempted to collect a debt not permitted by the law.

18.    As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety and humiliation.  (See Exhibit A)

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

19. Declaratory judgment that the Defendant's conduct violated Federal Act, FDCPA.

20. Actual damages.

21. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

22. Costs and reasonable attorney's fees pursuant to Federal Act, 15 U.S.C. 1692k.

23. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

DATED: August 1, 2008                    KROHN & MOSS, LTD.

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

- 4 -

VERIFIED COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ROBERT REGGIO, hereby demands trial by jury in this action.

VERIFIED COMPLAINT

1

2

3

4    **VERIFICATION OF COMPLAINT AND CERTIFICATION**

5

6   STATE OF CALIFORNIA)

7       Plaintiff, ROBERT REGGIO, says as follows:

8
     1.   I am the Plaintiff in this civil proceeding.
9    2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
          that all of the facts contained in it are true, to the best of my knowledge, information
10        and belief formed after reasonable inquiry.
     3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
11        law or by a good faith argument for the extension, modification or reversal of existing
          law.
12   4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
          to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
13        needless increase in the cost of litigation to any Defendant(s), named in the
          Complaint.
14   5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
     6.   Each and every exhibit I have provided to my attorneys which has been attached to
15        this Complaint is a true and correct copy of the original.
     7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
16        have not altered, changed, modified or fabricated these exhibits, except that some of
          the attached exhibits may contain some of my own handwritten notations.
17

18
         Pursuant to 28 U.S.C. § 1746(2), I, ROBERT REGGIO, hereby declare (or certify,
19  verify or state) under penalty of perjury that the foregoing is true and correct.

20

21  Dated:____8/1/08_____                        _____

22                                                 ROBERT REGGIO,
                                                   Plaintiff
23

24

25

                                       - 6 -

                               VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

| | | |
|---|---|---|
| 1. Sleeplessness | YES | NO |
| 2. Fear of answering the telephone | YES | NO |
| 3. Nervousness | YES | NO |
| 4. Fear of answering the door | YES | NO |
| 5. Embarrassment when speaking with family or friends | YES | NO |
| 6. Depressions (sad, anxious, or "empty" moods) | YES | NO |
| 7. Chest pains | YES | NO |
| 8. Feelings of hopelessness, pessimism | YES | NO |
| 9. Feelings of guilt, worthlessness, helplessness | YES | NO |
| 10. Appetite and/or weight loss or overeating and weight gain | YES | NO |
| 11. Thoughts of death, suicide or suicide attempts | YES | NO |
| 12. Restlessness or irritability | YES | NO |
| 13. Headache, nausea, chronic pain or fatigue | YES | NO |
| 14. Negative impact on my job | (YES) | NO |
| 15. Negative impact on my relationships | YES | NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I have a Top Secret U.S. Government Security Clearance. A debT collection, even false, could result in problems regarding my continued possession of the clearance.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8/1/08

Signed Name

Robert A. Reggio

Printed Name