Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT REGGIO ) | Case No.: 2:08-cv-01819-WBS-EFB |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF SETTLEMENT** |
| NCO FINANCIAL SYSTEMS, INC ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant NCO FINANCIAL SYSTEMS, INC. anticipate filing a stipulation for dismissal of this action in its entirety with prejudice within 20 days.

Dated:  11/26/08         KROHN & MOSS, LTD.

                         /s/Nicholas J. Bontrager
                         Nicholas J. Bontrager
                         Attorney for Plaintiff

- 1 -

NOTICE OF SETTLEMENT