Debbie P. Kirkpatrick, Esq. (SBN207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REGGIO, | Case No. 08-CV-01819-WBS-EFB |
| Plaintiff, | |
| vs. | STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, ROBERT REGGIO, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about August 6, 2008. ROBERT REGGIO accepted NCO's Offer of Judgment on November 7, 2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the judgment entered in the above captioned action be
3
4  vacated pursuant to Fed. R. Civ. Pro. 60.
5  IT IS FURTHER STIPULATED by and between the parties to this action through
6  their designated counsel that the above captioned action is dismissed with prejudice
7
8  pursuant to Fed. R. Civ. Pro. 41.
9
10 Dated: 12/31/08    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
11
12                   /s/ Albert R. Limberg
                     Albert R. Limberg
13                   Attorney for Defendant
                     NCO Financial Systems, Inc.
14
15
16 Dated: 12/31/08    KROHN & MOSS
17
18                   /s/ Nicholas J. Bontrager
                     Nicholas J. Bontrager
19                   Attorney for Plaintiff
                     Robert Reggio
20
21
   IT IS SO ORDERED:
22
23                   _____
                     Hon. William B. Shubb
24                   U.S. District Court Judge
25
26
27
28

Stipulation to Vacate Judgment and Dismiss Action with Prejudice

2