Debbie P. Kirkpatrick, Esq. (SBN207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REGGIO,           ) <br><br> Plaintiff,     ) <br> vs.         ) <br><br> NCO FINANCIAL SYSTEMS, INC.,   ) <br><br> Defendant.     ) | Case No.  08-CV-01819-WBS-EFB <br><br> STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |

      Plaintiff, ROBERT REGGIO, filed the present action against NCO FINANCIAL

SYSTEMS, INC. ("NCO") on or about August 6, 2008.  ROBERT REGGIO accepted

NCO's Offer of Judgment on November 7, 2008.  The parties subsequently resolved the

action in its entirety.  As part of said resolution, the parties agree to vacate the judgment

entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:  12/31/2008                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.



Dated: 12/31/2008                    KROHN & MOSS


/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff
Robert Reggio


IT IS SO ORDERED:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED:  December 31, 2008

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Vacate Judgment and Dismiss Action with Prejudice